# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSHUA HAWKINS, | ) | 3:18-cv-00605-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | May 22, 2020 |
| RUSSELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Motion for Extension of Time to Respond to Discovery (ECF No. 14).

Good cause appearing, Defendants' Motion for Extension of Time to Respond to Discovery (ECF No. 14) is **GRANTED**. Defendants shall have to and including **June 4, 2020**, in which to respond to Plaintiff's requests for admissions and interrogatories to Kevin Johnson.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:  /s/
     Deputy Clerk